WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sergio P. Puig, *et al.*, | ) | CV 04-089  TUC DCB |
| Plaintiffs, | ) | |
| v. | ) | |
| United States of America, | ) | **ORDER** |
| Defendant. | ) | |
| Sergio P. Puig, *et al.*, | ) | CV 05-530  TUC RCC |
| Plaintiffs, | ) | |
| v. | ) | |
| Jose Rios, *et al.*, | ) | |
| Defendants. | ) | |

Upon Motion of the Plaintiffs to Consolidate Cause No. CV 04-089 TUC-DCB with Cause No. CV 05-530 TUC-RCC, and requesting Remand of a Portion of Cause No. CV 05-530-TUC-RCC to Pima County Superior Court, and good cause appearing, it is hereby

**ORDERED**, that Cause No. CV 04-089 TUC-DCB be consolidated with Cause No. CV 05-530-TUC-RCC, and that the actions be consolidated under a single Cause No. CV 04-089 TUC-DCB, and it is further

**ORDERED**, that claims against EL RIO OB/GYN ASSOCIATES, L.L.C., an Arizona Corporation; ELIZABETH A. WACK and JOHN DOE WACK, wife and husband; TODD L. LOCHER, MD., and JANE DOE LOCHER, husband and wife; CATALINA

1 | CHEST CLINIC P.C., an Arizona corporation; JANET PATRICIA WARNER and JOHN
2 | DOE WARNER, wife and husband be remanded to Pima County Superior Court.
3 |     DATED this 14th day of October, 2005.

                                            David C. Bury
                                            United States District Judge